**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO TORRES,<br><br>                          Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                         Defendant. | Case No.: 22-CV-2005 W (MSB)<br><br>**ORDER (1) GRANTING JOINT MOTION AND STIPULATION REFERRING CASE TO ARBITRATION [DOC. 6] AND (2) STAYING CASE** |

    Pending before the Court is the parties' joint motion and stipulation submitting this matter to binding arbitration and staying the case pending its resolution [Doc. 6]. Good cause appearing, the Court **GRANTS** the motion [Doc. 6] and **ORDERS** as follows:

- The parties shall submit to binding arbitration conducted through the American Arbitration Association.
- This matter is **STAYED** pending resolution of the parties' arbitration.

//

//

1

- The parties shall notify this Court within 5 days of the completion of the arbitration, or shall file a status report on or before **September 1, 2023** if the arbitration has not been completed by that date.

**IT IS SO ORDERED**.

Dated: February 13, 2023

Hon. Thomas J. Whelan
United States District Judge